UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RICKEY LEON SCOTT,

Petitioner,

v.

P. HORN,

Respondent.

Case No. 26-cv-02345-JST

**ORDER OF DISMISSAL**

On or about March 20, 2026, Petitioner filed a habeas petition with this Court, challenging his 2013 conviction for first-degree murder.  ECF Nos. 1, 2.  That same day, the Court informed Petitioner that the action was deficient because he had neither paid the filing fee, nor filed an application for leave to proceed in forma pauperis.  ECF No. 3.  The Court instructed Petitioner to, by April 17, 2026, either pay the $5 filing fee or file an application for leave to proceed *in forma pauperis*.  *Id.*  The Court sent Petitioner a blank *in forma pauperis* application form.  *Id*. The deadline has passed, and Petitioner has not paid the filing or filed an *in forma pauperis* application or otherwise communicated with the Court.  Accordingly, this action is DISMISSED without prejudice for failure to meet the filing requirement.  Judgment is entered in favor of Respondent and against Petitioner.  The Clerk shall close the case.

**IT IS SO ORDERED.**

Dated:  June 12, 2026

_____
JON S. TIGAR
United States District Judge

United States District Court
Northern District of California